150 So.2d 584

**Succession of Joseph BUTLER, Jr. Regina Nettie BUTLER et al.**

**v.**

**LIFE INSURANCE COMPANY OF GEORGIA.**

No. 46584.

March 12, 1963.

In re: Gertrude Geddes Willis Funeral Home, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 147 So.2d 684.

The application is denied. The judgment complained of is correct.